IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY BRASFIELD**  **PLAINTIFF**

v.   Case No.  4:21-cv-00918 KGB

**CITY OF PINE BLUFF, ARKANSAS, and
SHIRLEY WASHINGTON, individually
and in her official capacity**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date it is considered, ordered, and adjudged that judgment is entered in favor of defendants City of Pine Bluff, Arkansas, and Shirley Washington, individually and in her official capacity as Mayor of Pine Bluff, Arkansas, on plaintiff Jerry Brasfield's claims.  The Court dismisses Mr. Brasfield's claims with prejudice; the relief requested is denied.

So adjudged this 30th day of September, 2024.

_____
Kristine G. Baker
Chief United States District Judge